IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HARTMAN OIL CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.  03-1167-JTM |
| ) | |
| AMERICAN ENERGY ADVISORS, INC., ) | |
| and PIONEER EXPLORATION, LTD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **DEFENDANT'S DESIGNATION OF PLACE OF TRIAL**

Pursuant to D. Kan. Rule 40.2, defendant Pioneer Exploration, Ltd. ("Pioneer") hereby designates Wichita, Kansas, as the place of trial for this action; provided, however, Pioneer contends that the proper venue of the action is in Houston, Texas.  Pioneer reserves its right to seek dismissal or transfer of the case upon motion and proper showing.

Respectfully submitted,

s/James A. Walker
James A. Walker, #09037
TRIPLETT, WOOLF & GARRETSON, LLC
2959 North Rock Road, Suite 300
Wichita, KS  67226
Telephone:  (316) 630-8100
Fax:  (316) 630-8101
Attorneys for Defendant Pioneer Exploration, Ltd.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of May, 2003, a true and correct copy of the above and foregoing ***Defendant's Designation of Place of Trial*** was mailed, postage prepaid, by United States Mail, and properly addressed to:

      Brock R. McPherson, #05065
      McPherson & McVey Law Offices, Chtd.
      2109 12th Street
      Great Bend, KS 67530

                            s/James A. Walker
                            James A. Walker